**2002–0249.   Stump v. Treasurer of State.**

Franklin App. No. 01AP–558, 2001-Ohio-8867. Reported at 95 Ohio St.3d 1441, 2002-Ohio-2110, 767 N.E.2d 272. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–0252.   Robinson v. Nationwide Mut. Ins. Co.**

Lake App. No. 2000–L–119, 2001-Ohio-8793. Reported at 95 Ohio St.3d 1441, 2002-Ohio-2110, 767 N.E.2d 272. On motion for reconsideration. Motion granted and appeal allowed.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–0340.   State v. Coldiron.**

Auglaize App. No. 2–2000–31, 2001-Ohio-2250. Reported at 95 Ohio St.3d 1438, 2002-Ohio-2084, 766 N.E.2d 1003. On motion for reconsideration. Motion denied.

**2002–0353.   Potts v. DeWeese.**

Richland App. No. 01CA66, 2002-Ohio-245. Reported at 95 Ohio St.3d 1438, 2002-Ohio-2084, 766 N.E.2d 1003. On motion for reconsideration. Motion denied.

**2002–0369.   Trussell v. United Ohio Ins. Co.**

Perry App. No. 01CA15. Reported at 95 Ohio St.3d 1441, 2002-Ohio-2110, 767 N.E.2d 273. On motion for reconsideration. Motion granted, appeal allowed, and cause held for the decision in 2001–1474 and 2001–1867, *Hillyer v. State Farm Fire & Cas. Co.*, Cuyahoga App. No. 79176; briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.